UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANGEL BAUTISTA ROSSI,<br><br>Defendant | Criminal No.  21cr10257<br><br>Violation:<br><br>Count One: False Representation of Social Security Number<br>(42 U.S.C. § 408(a)(7)(B)) |

## INFORMATION

### COUNT ONE
False Representation of Social Security Number
(42 U.S.C. § 408(a)(7)(B))

The United States Attorney charges:

On or about August 15, 2017, in Boston, in the District of Massachusetts, the defendant,

ANGEL BAUTISTA ROSSI,

for the purpose of obtaining anything of value from any person, and for any other purpose, did, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him on an application for a Massachusetts Learner's Permit submitted to the Commonwealth of Massachusetts Registry of Motor Vehicles, when in fact such number is not the social security account number assigned by the Commissioner of Social Security to him.

All in violation of Title 42, United States Code, Section 408(a)(7)(B).

FILED IN CLERK'S OFFICE 2021 SEP -7 AM 9:05 U.S. DISTRICT COURT DISTRICT OF MASS.

NATHANIEL R. MENDELL
Acting United States Attorney

By: _____
KENNETH G. SHINE
Assistant U.S. Attorney

Date: 9/7/2021